IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ORLANDO BETHEL,
    Petitioner,

vs.                               Case No.: 3:06cv531/RV/EMT

SHERIFF RON MCNESBY, et al.,
    Respondents.
_____/

## **O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 1, 2007.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

    Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  This case is **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with an order of the court.

    **DONE AND ORDERED** this 26th day of February, 2007.


                         /s/ *Roger Vinson*
                         **ROGER VINSON**
                         **SENIOR UNITED STATES DISTRICT JUDGE**